UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of the Complaint of RAMY ELMORSHIDY, as Owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:25-cv-10792<br><br>**IN ADMIRALTY** |

## DECLARATION OF KELLY PARKS REGARDING VALUATION

I, Kelly Parks, declare under the pains and penalties of perjury as per 28 U.S.C. § 1746 as follows:

1. I am over the age of 18 and competent to testify.

2. I am currently employed at GEICO Marine Insurance Company as a Marine LU Adjuster II | Specialty Lines, and I am the adjuster assigned to the claim brought by Mr. Brandon Baglio which is related to this action.

3. I retained a surveyor to survey the vessel described in the caption of this action (the "Vessel") and to provide a valuation report regarding the same after the incident described in the Complaint which occurred on August 14, 2022.

4. It is my understanding that a passenger on the Vessel fell overboard and sustained an injury to his left leg as a result of allegedly coming into contact with the Vessel's propeller.

5. It is also my understanding that Petitioner stated the Vessel sustained no damage as a result of the above incident.

6. Upon attempting to survey/inspect the Vessel in or around November/December of 2024, the surveyor was unable to do so because the Vessel had been winterized and was stored away for the winter.

7. It is my understanding that the Vessel currently remains winterized/shrink-wrapped and in storage.

8. The agreed upon/insured value of the Vessel is and was $16,000.00. *See* Declaration Page of the relevant boating insurance policy, attached hereto as **Exhibit 1**.

9. The best estimate of the Vessel for its fair market value following the incident on August 14, 2022 is therefore the agreed upon/insured value, or $16,000.00.

DATED this 2nd of April, 2025.

_____
Kelly Parks

# EXHIBIT 1



Issued through:
BoatU.S. Marine Insurance
5323 PORT ROYAL RD
SPRINGFIELD VA 22151
Policy Service:877-581-2628
Claims:877-970-2628

**DECLARATIONS PAGE**

**Named Insured**  RAMY ELMORSHIDY
**Address**  4 HORTON DR
NORTON, MA  02766

Policy No. BUS7092054-00

Policy Period: From 05/05/2022 to 05/05/2023 beginning and ending at 12:01 A.M. at the address on this page for the **Named Insured**.

Company:   GEICO MARINE INSURANCE COMPANY

**Insured Boat**   1999   KENCRAFT BOATS   19   Runabout   KCMK1358F999
               YEAR   MANUFACTURER   LENGTH   TYPE   IDENTIFICATION NUMBER

| COVERAGE IS PROVIDED ONLY WHERE AN AMOUNT OF INSURANCE IS SHOWN |||||
|---|---|---|---|---|
| **COVERAGES** | **AMOUNT OF INSURANCE** |||||
| Hull and Equipment | Agreed Value | | $16,000 | Incl |
| Towing and Assistance | Each Incident | | $3,000 | Incl |
| Boat Trailer | Agreed Value | | $1,750 | Incl |
| Personal Effects | Replacement Cost | | $500 | Incl |
| Boating Liability (Protection and Indemnity) | Limit Each **Occurrence**, Bodily Injury and Property Damage | | $300,000 | Incl |
| Medical Payments | Limit Per Person Each **Occurrence** | | $1,000 | Incl |
| Fuel and Other Spill Liability | Limit Each **Occurrence** | | $997,100 | Incl |
| Uninsured Boater | Limit Each **Occurrence** | | $300,000 | Incl |

**FORMS AND ENDORSEMENTS** made a part of this Policy at time of issue:
GM021    GM030    GM031    GM058

| | |
|---|---|
| Total Premium | ■ |
| State Taxes/Fees | $0.00 |
| Net Annual Premium | ■ |

**DEDUCTIBLES**:   **Hull and Equipment:** ■
                 **Named Storm:** Refer to your Marine Insurance Policy
                 **Theft of Insured Boat:** Refer to your Marine Insurance Policy
        **Insured Trailer:** ■
                 **Theft of Insured Trailer:** Refer to your Marine Insurance Policy
        **Personal Effects:** ■

Other Deductibles may apply.  Please refer to your Marine Insurance Policy and any applicable Endorsements.

**CRUISING LIMITS:**   While afloat the **insured boat** must be confined to the area indicated below:
Coastal and Inland waters of the U.S. and Canada

**LOSS PAYEE:**

Print Date:  5/5/22
GMDEC001 07 19                             INSURED COPY                             Page 1 of 1