UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of the Complaint of RAMY ELMORSHIDY, as Owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:25-cv-10792<br><br>**IN ADMIRALTY** |

**STIPULATION RE SECURITY**

WHEREAS, a Complaint seeking exoneration from and/or limitation of liability has been filed by the Petitioner, Ramy Elmorshidy, as owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999; and

WHEREAS, as averred in the Complaint and as shown by the Declaration Page of Petitioner's GEICO Marine Insurance Company Boating Insurance Policy and the Declaration of Kelly Parks attached to the Complaint as **Exhibit B**, that the post-incident value of Petitioner's interest in the Vessel is $16,000.00, with no freight pending, and Petitioner as principal and his surety consent and agree that in the event that judgment is entered against him for damages, death, or injuries arising from any casualties (collisions, allisions, etc.) involving the Vessel on or about August 14, 2022 on the waters of Boston Harbor/Dorchester Bay, Massachusetts more fully described in the Complaint (the "Incident"), execution in an amount not exceeding the sum of interest accruing on the principal amount of $16,000.00 plus $250.00 in costs at the rate of 6% per year from this date may issue against their goods, chattels, and lands, for the benefit of claimants; and

WHEREAS, Petitioner as principal and surety are subject to all applicable federal statutes and rules and this security is provided for by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule F"); and

WHEREAS, this Security is otherwise in compliance with all relevant Rules and Local Rules;

NOW, THEREFORE, it is hereby stipulated and agreed for the benefit of claimants asserting claims for damages or injuries sustained as a result of the above-referenced Incident that the Petitioner Ramy Elmorshidy, as principal, and GEICO Marine Insurance Company, as surety, the stipulators hereto, their successors and assigns, jointly and severally, shall be and each of there is hereby held and firmly bound unto the United States of America in the penal sum of interest accruing on the principal amount of $16,000.00 plus $250.00 in costs at the rate of 6% per year from this date, ***provided however***, that on the condition that the stipulators shall abide by all orders of this Honorable Court, interlocutory or final, and shall pay all costs and expenses not exceeding the bound sum which may be awarded against Petitioner, his surety, or both,

whenever ordered to do so by this Honorable Court or any appellate court in the case of any appeal, then this stipulation is void, otherwise to remain in full force and effect.

DATED this 2nd of April, 2025.

_____
RAMY ELMORSHIDY,
Principal.

_____
Kelly Parks, on behalf of
GEICO MARINE INSURANCE COMPANY,
Surety.