UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of the Complaint of RAMY ELMORSHIDY, as Owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:25-cv-10792<br><br>**IN ADMIRALTY** |

## ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS

On motion of Lewis Brisbois Bisgaard & Smith, LLP, attorneys for the Plaintiff Ramy Elmorshidy, it is hereby ORDERED and DECREED:

1. That Plaintiff, as principal, and GEICO Marine Insurance Company, as surety, have stipulated and agreed, for the benefit of all potential claimants asserting claims for damages or injuries sustained as a result of the August 14, 2022 Incident involving the then-unnamed 1999 Kencraft Challenger 190 19-foot motorized vessel bearing Hull Identification Number NCZ39372J808, more fully described in the Verified Complaint filed on April 02, 2025, to post security in an amount not exceeding the sum of interest accruing on the principal amount of $16,000.00 plus $250.00 in security for costs, at the rate of 6% per year from the date of this Order, as set forth in the Stipulation re Security filed on April 02, 2025;

2. That said stipulated security posted by Plaintiff and his surety is hereby deemed to comply with Plaintiff's obligations under Supplemental Rule F(1) of the Federal Rules of Civil Procedure;

3. That a Notice be issued by the Clerk of this Court to all persons asserting claims with respect to which the Verified Complaint seeks limitation, admonishing them to file their respective Claims with the Clerk of this Court in writing and to serve on the attorneys for the Plaintiff a copy thereof, **all on or before May 28, 2025** or be defaulted, and that if any Claimant desires to contest the right to Exoneration from or Limitation of Liability, they shall file and serve on the attorneys for the Plaintiff an Answer to the Complaint so designated, or be defaulted;

4. That said Notice shall be published in The Boston Globe newspaper once per week for four consecutive weeks prior to the date fixed for filing claims, as required by Supplemental Rule F(4) of the Federal Rules of Civil Procedure;

5. That Plaintiff shall also mail copies of said Notice as necessary in accordance with Supplemental Rule F(4) of the Federal Rules of Civil Procedure;

6. That, pursuant to Supplemental Rule F(3) of the Federal Rules of Civil Procedure, any and all lawsuits, causes of action, and claims against Plaintiff and/or his property, including the then-unnamed 1999 Kencraft Challenger 190 19-foot motorized vessel bearing Hull Identification Number NCZ39372J808, arising from the Incident on or about August 14, 2022 described more fully in the Verified Complaint, except in this civil action, shall cease and are hereby stayed and restrained.

7. That service of this injunctive order may be made by mailing a copy, delivering a copy via a process server, or sending a copy via electronic mail (e-mail), to the persons and/or entities to be restrained or to their respective attorneys.

It is so Ordered.

Dated:                                              By the Court:

_April 17_, 2025                                    _William G. Young_