UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of the Complaint of RAMY ELMORSHIDY, as Owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:25-cv-10792<br><br>**IN ADMIRALTY** |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE is hereby given that Plaintiff, Ramy Elmorshidy, as owner of the then-unnamed 1999 Kencraft Challenger 190 19-foot motorized vessel bearing Hull Identification Number NCZ39372J808 (the "Vessel"), has filed a Complaint for Exoneration from and/or Limitation of Liability pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any and all claims, injuries, damages, and losses of any kind arising from the Incident on or about August 14, 2022 involving the Vessel, as more fully described in the Complaint.

All persons having such Claims must file them, under oath, as provided by the Supplemental Rules for Admiralty and Maritime Claims Rule F(4), with the Clerk of this Court at the United States District Court for the District of Massachusetts at 1 Courthouse Way, Boston, Massachusetts 02210, **and** serve upon or mail to the Plaintiff's attorney, Nicole L. Andrescavage, Esq., Lewis Brisbois Bisgaard & Smith, LLP, at One Citizens Plaza Suite 1120, Providence, RI 02903, a copy thereof **at or before 5:00 PM on or before May 28, 2025**, or be defaulted. Personal attendance is not required.

If any Claimant desires to contest either the right to Exoneration from or Limitation of Liability, he/she shall file and serve on the attorneys for the Plaintiff an Answer to the Complaint

on or before the aforesaid date unless his/her Claim has included an Answer, so designated, or be defaulted.

Dated:                                   By the Court:

_____April 17_____, 2025         _____[signature]_____

Plaintiff's Attorneys:

Nicole L. Andrescavage, Esq.
Lauren Motola-Davis, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
One Citizens Plaza, Suite 1120
Providence, RI 02903
Tel.: 401.406.3310   |   Fax: 401.406.3312
nicole.andrescavage@lewisbrisbois.com
lauren.motoladavis@lewisbrisbois.com

