UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of the Complaint of RAMY ELMORSHIDY, as Owner of the 1999 Kencraft Challenger 190, Hull Identification Number KCMK1358F999, petitioning for Exoneration from or Limitation of Liability | C.A. No. 1:25-cv-10792<br><br>IN ADMIRALTY |

## REVISED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ordered that:

**A. Initial Disclosures**: Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by July 02, 2025.

**B. Amendments to Pleadings**: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 31, 2025.

**C. Fact Discovery – Interim Deadlines**:

1. Written Trial Discovery (requests for production of documents, interrogatories, and request for admissions) shall be served no later than August 29, 2025.

2. All depositions, other than expert depositions, must be noticed by November 21, 2025.

**D. Fact Discovery – Final Deadline**: All discovery, other than expert discovery, must be completed by January 09, 2026.

**E. Status Conference**: ~~The Court will schedule a status conference at or near the close of fact discovery for case management purposes~~. *W/AY* Any party who reasonably believes that an earlier status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

**F. Expert Discovery**:

1. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by December 15, 2025.

2. Plaintiff's trial experts must be deposed by February 09, 2026.

3. Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by January 12, 2026.

4. Defendant's trial experts must be deposed by March 09, 2026.

**G. Dispositive Motions:**

1. Claimant will file a Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) for reasons that will be further explained shortly in the forthcoming Motion, to be filed on or before July 11, 2025. Plaintiff's Opposition will be filed within 14 days of service of said Motion consistent with Local Rule 7.1(b).

2. Other dispositive motions, such as motions for summary judgment and motions for judgment on the pleadings, must be filed by March 20, 2026.

3. Oppositions to dispositive motions must be filed within 21 days of service of the motion.

4. Reply memoranda, not to exceed 10 pages, must be filed within 14 days after service of the opposition papers.

5. Sur-Reply memoranda are not permitted without further leave of Court.

**H. Trial:** The Court shall assign this matter to a trial ~~date~~ in July of 2026.

**I. Modification:** This Scheduling Order's provisions shall only be modified by further order of this Court, and only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record.

**J. Trial by Magistrate Judge:** The parties do not consent to trial by magistrate judge at this time.

**SO ORDERED.**

Dated: *July 3, 2025*

/s/ *William G. Young*
Hon. William G. Young
United States District Judge

Presented by:

*/s/ Nicole L. Andrescavage*
Lauren Motola-Davis, Esq. (#638561)
Nicole L. Andrescavage, Esq. (#705093)
Lewis Brisbois Bisgaard & Smith, LLP
One Citizens Plaza, Suite 1120
Providence, RI 02903
Tel.: 401.406.3310   |   Fax: 401.406.3312
lauren.motoladavis@lewisbrisbois.com
nicole.andrescavage@lewisbrisbois.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2025, a copy of the foregoing was filed and served electronically through the Court's CM/ECF System upon all attorneys listed as registered participants in connection with this case. The document is further available for viewing and/or downloading from the System.

                                                                                  */s/ Nicole L. Andrescavage*